IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHAIN ELECTRIC COMPANY                                         PLAINTIFF

V.                          4:21CV00059 JM

CITY OF BENTON, ARKANSAS and
FISHER AND ARNOLD, INC.                                        DEFENDANTS

### ORDER

Pursuant to the Stipulation of Dismissal filed in this case, docket # 8, the case is hereby DISMISSED WITH PREJUDICE each party to bear its own attorneys' fees and costs. The Clerk is directed to close the case.

IT IS SO ORDERED this 2nd day of September, 2021.

_____
James M. Moody Jr.
United States District Judge